UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceeding

OFFICE:   TRENTON                      Date: July 24, 2014

JUDGE FREDA L. WOLFSON, U.S.D.J.

Court Reporter: Vincent Russoniello

TITLE OF CASE:                         CIVIL 13-6663(FLW)

Steven Sklar

vs.

Amarin Corporation, PLC et al.

APPEARANCES:

Jeffrey W. Herrmann, Esq. for Plaintiff James Reiss
Robert C. Finkel & Natalie M. Mackiel, Esq. for Movant James Reiss
& Plaintiff Steven Sklar
Lauren Rosen, Esq. for Movant Mojtaba Mirasalimi
Stephen T. Sullivan, Jr., Esq. for Movant, Gandhi, Gregory, &
Slomovics.
William M. Regan, Esq. & Allison M. Wuertz, Esq. for Defendant
Amarin Corporation and individual defendants.

NATURE OF PROCEEDINGS:

Hearing on Motion [#10] by Movant Shaun McCracken to appoint Lead
Plaintiff & Appoint Lead Counsel.
**Court Ordered Motion is Denied.**
Hearing on Motion [#15] by Movant Jay Heit to Appoint Lead
Plaintiff and Approval of Lead Counsel.
**Court Ordered Motion is Denied.**
Hearing on Motion [#17] by Movant Vimal Ganghi, William Gregory &
Abraham Slomovics to Appoint Lead Plaintiff.
**Court Ordered Motion is Denied.**
Hearing on Motion [#18] by Movant James Reiss to Consolidate Cases,
Appoint Lead Plaintiff & to Appoint Counsel Court Appointed Lead
and Liaisan Counsel.
**Court Ordered Motion is Granted**.
Hearing on Motion [#19] by Movant Henry Cooperman to Appoint Lead
Plaintiff, Appoint Lead Counsel and for Consolidation.
**Court Ordered Motion to Consolidate is Granted; Motion to Appoint
Lead Plaintiff/Lead Counsel is Denied.**

Hearing on Motion [#20] by Movant Richard Joy to Appoint Counsel Lead Attorney & to Appoint Lead Plaintiff. Motion to Consolidate.
**Court Ordered Motion to Consolidate is Granted; Motion to Appoint Lead Plaintiff/Lead Attorney is Denied.**
Hearing on Motion [#23] by Movant Michael Peacock, Randall Riggs to Appoint Lead Plaintiff.
**Court Ordered Motion is Denied.**
Hearing on Motion [#24]by Movant Amarin Investors to Appoint Lead Plaintiff and Lead Counsel.
**Court Ordered Motion is Denied.**
Hearing on Motion [#25] by Movant Mojtaba Mirsalimi to Appoint Lead Plaintiff  & to Appoint Counsel.
**Court Ordered Motion is Denied.**
Hearing on Motion [#26] by Movant Robert Blumenthal to Appoint Lead Plaintiff.
**Motion is Withdrawn.**


Order to be submitted.




TIME COMMENCED: 10:30 A.M.                   *Jacqueline Gore*
TIME ADJOURNED: 11:45 A.M.                   Deputy Clerk