**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| : | Civ. Action No.: 13-6663 (FLW)(TJB) |
| : | |
| **IN RE AMARIN CORPORATION** : | |
| **PLC SECURITIES LITIGATION** : | **ORDER** |
| : | |
| : | |

     **THIS MATTER** having been opened to the Court by Allizon M. Wuertz, Esq., counsel for Defendants Amarin Corporation PLC, Joseph S. Zakrzewski, John F. Thero, and Steven B. Ketchum (collectively, "Defendants"), on a motion to dismiss the Second Consolidated and Amended Class Action Complaint (the "SAC") filed by Lead Plaintiff James L. Reiss ("Plaintiff") through his counsel, Jeffrey W. Herrmann, Esq.; it appearing that Plaintiff opposes the motion; the Court having reviewed the parties' submissions in connection with the motion pursuant to Fed. R. Civ. P. 78, for the reasons set forth in the Opinion filed on even date, and for good cause shown,

     **IT IS** on this 26th day of April, 2016,

     **ORDERED** that Defendants' motion to dismiss is **GRANTED**; it is

     **FURTHER ORDERED** that that the SAC be **DISMISSED** without prejudice and this case be marked as **CLOSED**.


                                   /s/ Freda L. Wolfson
                                   The Honorable Freda L. Wolfson
                                   United States District Judge