IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: AMARIN CORPORATION PLC SECURITIES LITIGATION | Civil Action No. 13-cv-06663 (FLW) (TJB) |

### [PROPOSED] FINAL JUDGMENT AND ORDER OF DISMISSAL

WHEREAS, on April 26, 2016, this Court granted Defendants' motion to dismiss Lead Plaintiff's Second Consolidated and Amended Class Action Complaint without prejudice ("Order");

WHEREAS, Lead Plaintiff does not intend to file a Third Consolidated and Amended Class Action Complaint;

WHEREAS, Lead Plaintiff will be filing a Notice of Appeal;

NOW, THEREFORE, Lead Plaintiff respectfully request this Court to enter this proposed Final Judgment and Order of Dismissal.

IT IS on this 24th day of May, 2016, hereby ORDERED as follows:

This action is DISMISSED in its entirety with prejudice.

_____
Freda L. Wolfson, U.S.D.J.