UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 16-2640

IN RE: AMARIN CORPORATION PLC SECURITIES LITIGATION

James L. Reiss, Lead Plaintiff on behalf of all plaintiffs,
  Appellants

On Appeal from the United States District Court
for the District of New Jersey
(D.N.J. No.: 3-13-cv-06663)
District Judge: Honorable Freda L. Wolfson

Argued on April 25, 2017

Before: SMITH, Chief Judge, MCKEE and RENDELL, Circuit Judges

JUDGMENT

This case came on to be heard on the record before the United States District Court for the District of New Jersey and was argued on April 25, 2017.

**IT IS ORDERED AND ADJUDGED** by this Court that the judgment of the District Court entered May 24, 2016, be and the same is hereby affirmed.

Costs taxed against appellant.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Marcia M. Waldron
Clerk

Dated: May 23, 2017

**Certified as a true copy and issued in lieu of a formal mandate on** June 27, 2017

**Teste:** *Marcia M. Waldron*
**Clerk, U.S. Court of Appeals for the Third Circuit**